# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0941. CONSTANCE GLENN v. HUNTINGTON APARTMENT HOMES XII LLC.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, pro se defendant Constance Glenn appealed to the state court in April 2023, and the state court entered a final judgment in favor of the plaintiff on May 3, 2023. On Thursday, May 11, 2023, Glenn filed a direct appeal to this Court. We lack jurisdiction for two reasons.

First, an appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Glenn's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal.

Second, even if a direct appeal were proper here, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, see OCGA § 5-6-38 (a), appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (2022)[1];

---

[1] OCGA § 44-7-56 was amended in 2022. Ga. L. 2022, pp. 767, 797, § 2-35. The prior version of the statute applies here because the amended version applies only to petitions for review filed in superior or state court on or after July 1, 2023. Ga. L.

*Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Glenn's appeal was untimely filed 8 days after the state court's order was entered.

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/13/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen

, *Clerk.*

---

2022, pp. 767, 801, § 3-1. Both versions of the statute have a seven-day appeal deadline.